FILED

2022 JAN -5 AM 11:40

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |  |
|---|---|---|
| PLAINTIFF(S) | 18-05039-02-CR-SW-BP | |
| v. | | |
| RAYMOND S. WILLIAMS | **DECLARATION RE OUT-OF-DISTRICT WARRANT** | |
| DEFENDANT(S). | | |

The above-named defendant was charged by: VIOLATION NOTICE
in the Western District of Missouri on 12/08/2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 12/02/2021
in violation of Title 18 U.S.C., Section(s) 3148
to wit: Pretrial Release Violation

A warrant for defendant's arrest was issued by: Honorable David P. Rush, U.S. Magistrate.

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach): Western District of Missouri Warrant and Pretrial Services Violation Report.

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/05/2022
                   Date

_____            B. BAGSIC
Signature of Agent                              Print Name of Agent


United States Marshals Service            Deputy U.S. Marshal
Agency                                                  Title

CR-52 (03/20)          DECLARATION RE OUT-OF-DISTRICT WARRANT