FILED

| Submit this form by e-mail to: | |
|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty. | 2022 JAN -5 AM 11: 40 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty. | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>18-05039-02-CR-SW-BP |
|---|---|
| RAYMOND S. WILLIAMS<br>USMS# 79970-112　　　　DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

22MJ00045

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 01/05/2022  at 10:00  ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 3148

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1977

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): Defendant Surrendered to the U.S. Marshals without incident.

11. Name: B. BAGSIC  (please print)

12. Office Phone Number: 213-620-7676

13. Agency: U.S. Marshals Service

14. Signature: _____

15. Date: 01/05/2022

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION