FILED

AO 442 (Rev. 01/09) Arrest Warrant          2022 JAN -5  AM 11:41          RECEIVED

79970-112   UNITED STATES DISTRICT COURT
for the
Western District of Missouri

22MJ00045

United States of America
v.
RAYMOND S. WILLIAMS

Case No.   18-05039-02-CR-SW-BP

Defendant

## ARREST WARRANT

To:  Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Raymond S. Williams
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☑ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  Violations of Bond Conditions

Date:  12/08/2021

*Issuing officer's signature*

City and state:  Springfield, Missouri

David P. Rush, United States Magistrate
*Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)* 12/22/21, and the person was arrested on *(date)* 1/5/22 at *(city and state)* Los Angeles, CA. |
| Date: 1/5/22                    *Arresting officer's signature*  |
| ORIGINAL     Brent Bagsic, DUSM |
|                                 *Printed name and title*         |